# Unclaimed Funds

Entered 1/8/2016 to 1/8/2016

| Case No./ Cred No. | Creditor | Amount | Entered |
|---|---|---|---|
| 10-11824 -fjb  19659919 | MARY DUFFY  136 WALNUT ST  LYNN, MA 01905  01905 | 17.33 | 01/08/2016 |
| 10-14521 -fjb  19629064 | CLAIRE PLAISTED  40 MONTVALE RD  BROCKTON, MA 02302  02302 | 94.00 | 01/08/2016 |
| 10-16469 -jnf  19659920 | SANDRA TERRY  539 HOWARD ST  BROCKTON, MA 02302  02302 | 8.00 | 01/08/2016 |
| 10-18172 -jnf  17763254 | Capital One NA  PO Box 85140  Richmond, VA 23285  23285 | 141.32 | 01/08/2016 |
| 10-18702 -jnf  17844550 | Verizon Online  PO BOX 3243  Bloomington, IL 61702-3243  61702-3243 | 76.62 | 01/08/2016 |
| 10-18878 -jnf  19659898 | OCWEN LOAN SERVICING  ATTN: CASHIERING DEPT.  P.O. BOX 24781  WEST PALM BEACH, FL 3416-4781  3416-4781 | 194.48 | 01/08/2016 |
| 10-19235 -jnf  19645394 | OCWEN LOAN SERVICING  ATTN: CASHIERING DEPT  P.O. BOX 24781  WEST PALM BEACH,FL 33416-4781  33416-4781 | 3,641.59 | 01/08/2016 |
| 10-19245 -jnf  19659899 | OCWEN LOAN SERVICING  ATTN: CASHIERING DEPT | 71.67 | 01/08/2016 |

|  |  |  |  |
|---|---|---:|---|
|  | P.O. BOX 24781<br>WEST PALM BEACH, FL 33416-4781<br>33416-4781 |  |  |
| [10-19948 -jnf](#)<br>18347420 | Ocwen Loan Servicing, LLC<br>1661 Worthington Road<br>Suite #100<br>West Palm Beach, FL 33409<br>33409 | 139.42 | 01/08/2016 |
| [10-20250 -jnf](#)<br>17780590 | FISC Loan Servicing<br>PO Box 3510<br>Lewiston, ME 04243<br>04243 | 172.09 | 01/08/2016 |
| [10-20496 -jnf](#)<br>17899030 | Verizon<br>PO BOX 3037<br>Bloomington, IL 61702-3037<br>61702-3037 | 142.70 | 01/08/2016 |
| [10-20497 -msh](#)<br>17745651 | City Ntl Bk<br>Attn: Bankruptcy<br>Po Box 785057<br>Orlando, FL 32878<br>32878 | 7,785.40 | 01/08/2016 |
| [10-20537 -msh](#)<br>17747152 | Professional Recovery Services<br>221 Laurel Road<br>Suite 350<br>Voorhees, NJ 08043<br>08043 | 66.12 | 01/08/2016 |
| [10-20725 -fjb](#)<br>17779765 | HSBC Bank USA, N.A.<br>P.O. Box 5213<br>Carol Stream, IL 60197<br>60197 | 2.63 | 01/08/2016 |
| [10-20770 -jnf](#)<br>17754860 | National City Bank<br>Po Box 5570<br>Locbr-Yb58-01-3 Bankruptcy<br>Cleveland, OH 44101<br>44101 | 5,697.45 | 01/08/2016 |
| [10-21358 -msh](#)<br>18261742 | Ocwen Loan Servicing, LLC<br>1661 Worthington Road<br>Suite #100<br>West Palm Beach, FL 33409<br>33409 | 301.94 | 01/08/2016 |

| Case | Creditor | Amount | Date |
|---|---|---:|---|
| 10-21466 -fjb<br>18346821 | Ocwen Loan Servicing, LLC<br>1661 Worthington Road<br>Suite #100<br>West Palm Beach, FL 33409<br>33409 | 31.87 | 01/08/2016 |
| 10-21586 -jnf<br>17786914 | Citibank<br>P.O. Box 8106<br>South Hackensack, NJ 07606<br>07606 | 1,655.86 | 01/08/2016 |
| 10-21655 -msh<br>17789478 | CHASE HOME FINANCE<br>PO BOX 1093<br>NORTHRIDGE, CA 91328<br>91328 | 4,500.00 | 01/08/2016 |
| 10-21670 -msh<br>17967406 | Pramco CV8, LLC<br>230 Crosskeys Office Park<br>Fairport, NY 14450<br>14450 | 172.19 | 01/08/2016 |
| 10-21744 -jnf<br>17792527 | Bank Of America<br>P.O. Box 5080<br>Hartford, CT 06102<br>06102 | 175.00 | 01/08/2016 |
| 10-21784 -msh<br>19659902 | OCWEN LOAN SERVICING<br>ATTN: CASHIERING DEPT<br>P.O. BOX 24781<br>WEST PALM BEACH, FL 33416-4781<br>33416-4781 | 152.52 | 01/08/2016 |
| 10-23006 -fjb<br>17839556 | Specialized Loan Servi<br>8742 Lucent Blvd<br>Highlands Ranch, CO 80129<br>80129 | 865.14 | 01/08/2016 |
| 11-16211 -fjb<br>18266383 | VERIZON<br>404 BROCK DR<br>BLOOMINGTON, IL 61701<br>61701 | 1.32 | 01/08/2016 |
| 12-10758 -fjb<br>18382972 | National Credit Adju<br>327 W 4th Ave.<br>Hutchinson, KS 67501<br>67501 | 301.08 | 01/08/2016 |

| Case | Payee | Amount | Date |
|---|---|---|---|
| 12-12623 -msh<br>18660357 | Verizon Wireless<br>PO BOX 3397<br>Bloomington, IL 61702<br>61702 | 2.99 | 01/08/2016 |
| 12-16206 -fjb<br>18665199 | ST. ANNE'S CREDIT UNION<br>286 OLIVER STREET<br>FALL RIVER, MA 02724<br>02724 | 378.65 | 01/08/2016 |
| 12-16224 -fjb<br>18665938 | Timothy P Rose D/B/A A TNT Construction<br>120 Purchase Street<br>Rehoboth, MA 02769<br>02769 | 38.62 | 01/08/2016 |
| 12-17193 -jnf<br>19325362 | Ocwen Loan Servicing, LLC<br>PO Box 24781<br>Attn: Cashiering Dept.<br>West Palm Beach, FL 33416-4781<br>33416-4781 | 69.14 | 01/08/2016 |
| 12-17244 -jnf<br>19659918 | OCWEN LOAN SERVICING<br>ATTN: CASHIERING DEPT<br>P.O. BOX 24781<br>WEST PALM BEACH, FL 33416-4781<br>33416-4781 | 36.58 | 01/08/2016 |
| 13-12291 -fjb<br>19659921 | SANDRA MCNAMARA<br>32 DANNY RD<br>HYDE PARK, MA 02136-1909<br>02136-1909 | 1.96 | 01/08/2016 |
| 14-13998 -jnf<br>19629066 | ROBERT BROWN, JR.<br>881 MAIN ST<br>HANSON, MA 02351<br>02351 | 1,440.00 | 01/08/2016 |

**Grand Total: 28,375.68**